UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMEKA SIMMONS,

    Plaintiff,

v.

AKIN GUMP STRAUSS HAUER & FELD LLP

    Defendant.

Civil Action No. 10-CV-8990 (JSR)
ECF Case

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

---

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.3(c) of this Court, Defendant Akin Gump Strauss Hauer & Feld LLP, by their undersigned counsel, will move this Court at a date and time convenient to this Court as counsel can be heard, for the *pro hac vice* admission of Rebecca Carr Rizzo to argue or try this case in whole or in part as counsel or advocate.

Dated:  New York, New York
        February 11, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
    Andrew C. Smith

1540 Broadway
New York, New York, 10036-5406
(212) 858-1000 (phone)
(212) 858-1500 (fax)

Counsel for Defendant
Akin Gump Strauss Hauer & Feld LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEKA SIMMONS,<br><br>  Plaintiff,<br><br>v.<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>  Defendant. | Civil Action No. 10-CV-8990 (JSR)<br>ECF Case<br><br>**DECLARATION OF<br>ANDREW C. SMITH<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, ANDREW C. SMITH, pursuant to 28 U.S.C. § 1746 declare the following:

1. I am a member of the Bar of this Court and associated with the law firm Pillsbury Winthrop Shaw Pittman LLP, counsel to Defendant Akin Gump Strauss Hauer & Feld LLP. I submit this declaration in support of Defendant's motion for admission *pro hac vice* of Rebecca Carr Rizzo to participate in all proceedings in this action.

2. Ms. Rizzo's credentials are set forth in the affidavit attached hereto.

3. Upon her admission *pro hac vice*, Ms. Rizzo will serve as counsel for Defendant.

4. For the foregoing reasons, Defendant respectfully requests that this motion be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2011
New York, New York

_____
Andrew C. Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEKA SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br><br>    Defendant. | Civil Action No. 10-CV-8990 (JSR)<br>ECF Case<br><br>**DECLARATION OF<br>REBECCA CARR RIZZO** |

REBECCA CARR RIZZO, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an associate in the law firm of Pillsbury Winthrop Shaw Pittman LLP, resident in the firm's District of Columbia office. We represent Defendant Akin Gump Strauss Hauer & Feld LLP in the above-captioned action.

2. I submit this declaration in support of Defendant's motion for my admission *pro hac vice*.

3. As shown in the certificate of good standing attached hereto as Exhibit A, I am admitted to practice in the District of Columbia.

4. As shown in the certificate of good standing attached hereto as Exhibit B, I am also admitted to practice in the Commonwealth of Virginia.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have contacted counsel for the plaintiff, Deborah R. Raskin, Esq., who informed me that the plaintiff has no objection to my appearing *pro hac vice*.

7. Wherefore, your declarant respectfully submits that she be permitted to appear as counsel or advocate *pro hac vice* in this one case.

- 2 -

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2011
Washington, D.C.

                                                         _____
                                                         Rebecca Cary Rizzo

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____REBECCA CARR RIZZO_____

was on the ___13TH___ day of ___OCTOBER, 2006_____ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 13, 2011.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>          Deputy Clerk

# EXHIBIT B

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

REBECCA CARR RIZZO

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, REBECCA CARR RIZZO is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 28th day of January A.D. 2011

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMEKA SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & FELD, LLP )<br>)<br>Defendant. )<br>) | Civil Action No. 10-CV-8990 (JSR)<br>ECF Case<br><br>**[PROPOSED] ORDER** |

It is hereby Ordered that Rebecca Carr Rizzo is admitted to this Court pro hac vice to argue or try this particular case in whole or in part as counsel or advocate.

Dated:  New York, New York
         February __, 2011

So Ordered: _____
                   U.S.D.J.

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2011, a copy of the foregoing Notice of Motion for Admission Pro Hac Vice, Declaration of Andrew C. Smith in Support of Motion for Admission *Pro Hac Vice*, Declaration of Rebecca Carr Rizzo, and Proposed Order were served by Hayley Allis on the following counsel of record:

    Debra R. Raskin
    Liane Tai Rice
    Vladeck, Waldman, Elias & Engelhard, P.C.
    1501 Broadway
    New York, NY  10036

_____
Hayley T. Allis