UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
TAMEKA SIMMONS,

                Plaintiff,

    v.

AKIN GUMP STRAUSS HAUER & FELD LLP,

               Defendant.
---------------------------------------------------------------x

10cv8990 (JSR) (RLE)

DEFENDANT'S NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Rule 56.1 Statement, Declaration of Christine Nicolaides Kearns and exhibits thereto, Declaration of Prakash Mehta, Declaration of Robert Paulson and exhibits thereto, and Declaration of Michelle Hsu, Defendant Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") by and through its undersigned counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment on Akin Gump's behalf on Plaintiff's race discrimination claims pursuant to Section 1981 of the Civil Rights Act of 1866, 42 U.S.C. § 1981; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; the New York State Human Rights Law, Executive Law § 296 *et seq.*; and the Administrative Code of the City of New York § 8-101 *et seq.* (Counts I, III, V, and VII of the Amended Complaint) and Plaintiff's claim pursuant to the Family and Medical Leave Act of 1993, 29 U.S.C. §2601 *et seq.* (Count IX of the Amended

402833933v1

Complaint)[1] for the reasons set forth in the accompanying memorandum, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Civil Case Management Plan entered in this case, the briefing and argument schedule for this Motion as follows:

| | |
|---|---|
| April 1, 2011 | Defendant's Motion for Summary Judgment |
| April 25, 2011 | Plaintiff's Opposition |
| May 2, 2011 | Defendant's Reply |
| May 9, 2011 4:00 p.m. | Oral Argument |

DATED:  April 1, 2011                    Respectfully submitted,

        /s/ Christine Nicolaides Kearns
Christine Nicolaides Kearns (admitted pro hac vice)
Rebecca Carr Rizzo (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N St., N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile:  (202) 663-8007
E-mail:  rebecca.rizzo@pillsburylaw.com

Andrew C. Smith
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-5406
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500
E-mail:  andrew.smith@pillsburylaw.com
COUNSEL FOR AKIN GUMP
STRAUSS HAUER & FELD LLP

---

[1] The Court dismissed Plaintiff's retaliation claims pursuant to Section 1981 of the Civil Rights Act of 1866, Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the Administrative Code of the City of New York (Counts II, IV, VI, and VIII of the Amended Complaint) on February 2, 2011.