UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TAMEKA SIMMONS                        :
                                      :
            Plaintiff,                :
                                      :   10 Civ. 8990 (JSR)
       -v-                            :
                                      :   ORDER
AKIN GUMP STRAUSS HAUER & FIELD, LLP, :
                                      :
            Defendant.                :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Plaintiff Tameka Simmons brings this employment discrimination action against her former employer, defendant Akin Gump Strauss Hauer & Field, LLP ("Akin Gump"), asserting various claims arising from her termination. In particular, Simmons alleges that Akin Gump discriminated against her on the basis of her race as well as her exercise of her rights under the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq., and retaliated against her for engaging in protected activity. On February 1, 2011, the Court granted Akin Gump's motion for partial judgment on the pleadings and dismissed Simmons's retaliation claims, a decision the Court explained by Memorandum Order dated May 9, 2011. On April 1, 2011, Akin Gump moved for summary judgment dismissing Simmons's remaining claims. Having carefully considered the parties' submissions, as well as their oral arguments on May 9, 2011, the Court hereby grants the motion in its entirety and dismisses the Amended Complaint. An

1

opinion explaining the reasons for this ruling will issue in due course, at which time final judgment will be entered.

The Clerk of the Court is directed to close document number 28 on the docket of this case.

SO ORDERED.

Dated: May 30, 2011  
      New York, NY

                                           JED S. RAKOFF, U.S.D.J.